IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS A MONGE CORTIJO

HELIDA CASADIEGO ALBERNIA

DEBTOR(S)

CASE 10-11807-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **January 18, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: To be determined.

3. With respect to the attached payment plan:

AMENDED PLAN DATE: February 04, 2011          PLAN BASE: $21,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 2/9/2011

[ ] FAVORABLE          [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
1) Provide supporting documentation regarding reverse mortgage over real property of Mr. Monge`s inheritance interest. 2) provide liquidation and basis for value regarding inheritance real property located in Colombia. 3) As to evidence of income provided, the Means Test Line 11 must be amend to $6,003.10.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$636.00/$2,364.00

Atty: JOSE PRIETO CARBALLO

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062